### KEASBY & MATTISON CO. v. PHILIP CARY MFG. CO.

(Circuit Court, S. D. New York. December 27, 1901.)

BILL—CAUSES OF ACTION—JURISDICTION—IMPROPER JOINDER—DEMURRER.

    A demurrer to a bill which includes a cause of action for unfair competition, of which the court is without jurisdiction for want of the necessary diversity of citizenship, with a cause of action on a patent, of which the court has jurisdiction, will be sustained, unless within 10 days plaintiff dismisses the former.

In Equity.

See 110 Fed. 748.

Allen D. Kenyon, for demurrer.

Edward K. Jones, opposed.

WHEELER, District Judge. The bill of complaint includes a cause of action for unfair competition in trade, of which this court is without jurisdiction for want of the necessary diversity of citizenship, with a cause of action on a patent, of which the court has jurisdiction. The demurrer must therefore be sustained for this multifariousness. The plaintiff may, however, discontinue the former within 10 days, and, if this is done, the demurrer may be overruled, the defendant to answer over by February rule day.